# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DETENTION HEARING** |
| v. | CASE NUMBER **26-mj-921** |
| **JERMAINE ERVING** | |

HONORABLE NANCY JOSEPH, presiding  
Deputy Clerk:  Evan R.  
Hearing Held:  4/27/2026 at 1:00 PM

Court Reporter:  Liberty  
Hearing Began:  1:05 pm  
Hearing Ended:  1:09 pm

**Appearances:**

UNITED STATES OF AMERICA by: Julie Stewart, Katherine M Halopka-Ivery

Jermaine Erving, in person, and by: Michael P Gillespie ☑ CJA ☐ FDS ☐ RET

U.S. PROBATION OFFICE by: Jennifer Cravatta

INTERPRETER: ☑ None ☐ Sworn

☑      Defendant is ordered detained pending trial (*See* Order of Detention Pending Trial)

GOVERNMENT is prepared to seek detention.

DEFENSE rests on the presumption of detention at this time.  
Defense will file the appropriate motion for pretrial bond when a release plan is prepared.

COURT hears from the parties.  
Court orders the Defendant detained pending trial.  
Court scheduled Preliminary Hearing / Arraignment & Plea for May 6, 2026, at 1:30 pm.